IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ELISA LYNNE EASTWOOD                                                               PLAINTIFF

v.                                              CIVIL NO. 21-3031

KILOLO KIJAKAZI,[1]  Acting Commissioner
Social Security Administration                                                      DEFENDANT

# J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 27th day of April 2022.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, has been appointed to serve as Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.